57 A.3d 644

Craig ALFORD, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Dec. 17, 2012.

468

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2012, the Order of the Commonwealth Court is **AFFIRMED.**